# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Joseph D. Gilberti,

        Plaintiff,

v.

Central Intelligence Agency et al,

        Defendants.

Civil No. 25-cv-0536 (DWF/DJF)

**ORDER OF RECUSAL**

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses herself in this matter.

Dated: February 12, 2025

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge