UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joseph D. Gilberti, *PE*, *a licensed Professional Engineer in the State of Florida*,

        Plaintiff,

v.

Central Intelligence Agency, et al.,

        Defendants.

Civil No. 25-536 (DWF/SGE)

**ORDER**

     Under 28 U.S.C. § 1406(a), "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." This action—one of dozens filed by plaintiff Joseph D. Gilberti in federal courts around the country in recent months—was filed in the wrong venue. The complaint filed in this matter is extraordinarily hard to understand, but none of the events at issue appear to have occurred in Minnesota, *see* 28 U.S.C. § 1391(b)(2); and few of the defendants reside in Minnesota, *see* 28 U.S.C. § 1391(b)(1). Moreover, although some of the many defendants are governmental agencies, officers, or employees, Gilberti is not a resident of Minnesota. *See* 28 U.S.C. § 1391(e)(1). The District of Minnesota plainly is not an appropriate venue for Gilberti's claims.

     Section 1406(a) permits a court to dismiss without prejudice an action filed in the wrong venue or, if in the interest of justice, transfer the matter to an appropriate district.

Because the complaint filed in this matter is plainly frivolous (indeed, it is nearly incomprehensible), the Court concludes that transfer of this matter to another judicial district for further proceedings (and further expenditure of judicial resources) would not be in the interest of justice. Accordingly, this matter is dismissed without prejudice pursuant to § 1406(a).

## ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1406(a).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 18, 2025                 s/Donovan W. Frank
                                         DONOVAN W. FRANK
                                         United States District Judge