UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

———

No: 25-1426

———

Joseph D. Gilberti, PE, a licensed Professional Engineer in the State of Florida

Plaintiff - Appellant

v.

Central Intelligence Agency, CIA; George W. Bush; Donna Marie Padar, Judge; World Economic Forum; World Bank Group; The International Bank for Reconstruction and Development, IBRD; International Development Association, IDA; New Development Bank, BRICS BANKS; James Amschel Victor Rothschild; Nicholas David Rothschild; Lady Lynn Forester de Rothschild; The Holy See, The Vatican City State; David Mayer de Rothschild; Archdiocese of Venice; Archdiocese of Washington; Archdiocese of Saint Paul and Minneapolis; National Football League, NFL; National Basketball Association, NBA; Major League Baseball, MLB; National Association for Stock Car Auto Racing, NASCAR; Mary Ross Agosta; Barron Trump; Ryan Snyder, Attorney; Stephen Walker, Judge; Blackstone Inc.; State Street Corporation; Morgan Stanley; Apollo Global Management Inc.; Goldman Sachs Group, Inc.; JPMorgan Chase Bank, N.A., JPMCB; JPMorgan Chase & Co.; James David Vance, Vice President; Melania Trump; New York University; University of Washington; University of Minnesota; Carleton College; Macalester College; St. Olaf College; Lara Trump; Vern Buchanan, US Congressman; Al Gore; Eric Trump; Emma Gonzales; Ivanka Trump; Andrew Rosin, PA; Hunter Carroll, Judge; Donald Trump, Jr.; Marjorie Stoneman Douglas School; Omar A. Williams, Judge; Gavin Christopher Newsom, Governor; Kathy Hochul, Governor; Scott Israel, Sheriff; James Dominguez, Judge; Caryl Delano, Judge; Town of Royal Palm Beach; Port Everglades; James Conrad, Judge; Mark Wolfe, Judge; Palm Beach County Board of County Commissioners; Kimberly Carlton Bonner, Judge; Lee Pallardy; Broward County Board of County Commissioners; Thomas Howze; National Sheriff's Association; Town of Royal Beach; Lee County Board of County Commissioners; City of West Palm Beach; City of Boca Raton; City of Miami; Miami Port Authority; 12th Judicial Circuit, of Florida; 13th Judicial Circuit, of Florida; Chad Chronister, Sheriff; Sarasota County Board of County Commissioners; Dade County Board of County Commissioners; Hillsborough County Board of County Commissioners; South Florida Water Management District; Benderson Development; U.S. Congress; Pennsylvania Department of Environmental Protection Agency; Minnesota Environmental Health Divsion; Luis Rivera, Bankruptcy Trustee; Edward J. DeBartolo; Southwest Florida Water Management District; Tampa Central Command MacDill Air Force Base; Metropolitan Planning Council; Matt Gaetz; Richard B. Cheney; Thomas Krug, Judge; Jeff Bezos; Warren Buffett; Maria Ruhl, Judge; Don T. Hall, Judge; James Parker, Judge; South Florida Regional Planning Council; Rockefeller Group International, Inc.; McHugh, Judge; Darrin P. Gayles, Judge; Jose E. Martinez, Judge; Laura Taylor Swain, Judge; Rockefeller Capital Management; Ed Brodsky, State Attorney; Juan Merchan, Judge; Treasure Coast Regional Planning Council; Charles Williams, Judge; Thomas Barber, Judge; City of Cape Coral; City of Naples; City of Fort Myers; Geoffrey H. Gentile, Judge; Martin Fein, Judge; Seminole Tribe Hard Rock Casino; Sheri Polster Chappell, Judge; Elizabeth Scherer, Judge; City of Parkland; David Hogg; Loren L. AliKhan, Judge; Manatee County Board of County

Commissioners; Town of Davy; Nikolas Cruz; Martha Pacold, Judge; Carmine Marceno, Sheriff; Kurt Hoffman, Sheriff; Florida Department of Environmental Protection; Greenberg Traurig Law; Ketanji Brown Jackson, Judge; Florida Department of Law Enforcement; Liam O'Grady, Judge; Federal Bureau of Investigation, FBI; Michael Waltz; Madeline Cox Arleo, Judge; Elon Musk; Marco Rubio, Senator; Susie Wiles; Donald M. Middlebrooks, Judge; David S. Leibowitz, Judge; Rudy Giuliani; Yale University; Ron DeSantis; Aileen Mercedes Cannon; Rockefeller Financial Services; Donald Trump; Harvard University; Ohio State University; Ariana Rockefeller; Valerie Rockefeller; Archdiocese of Los Angeles; Archdiocese of Baltimore; Thomas Widen, State Attorney; Archdiocese of Philadelphia; Archdiocese of Miami; Archdiocese of New York; Francis Jorge Mario Bergoglio, Pope; Archdiocese of Newark; Archdiocese of Boston; Nancy Pelosi; Hillary Clinton; William Jefferson Clinton; Barrack Obama; Michelle Obama; Josh Shapiro, Governor; Wes Moore, Governor; Florida State University; Kamala D. Harris; Tim Walz; Philadelphia City Council; Pennsylvania State Police; Christopher Shaw; Ashley Moody, Attorney General; U.S. Department of Transportation; Department of Interior; Sheila Sanghvi; Eric Adams, Mayor; Council of National Defense; New York City Council; New York Port Authority; Washington Public Ports Association; Rick Scott, Senator; United States Geological Survey; The Washington Post; University of Miami; Cleveland City Council; ExxonMobil; The Rockefeller Foundation; Scott Freyre; Environmental Protection Agency, EPA; Army Corps of Engineers; Pennsylvania State University; Natural Resources Defense Council; Surgeon General of the United States; National Security Council; Department of State; Benderson Development; U.S. National Guard; Human Health and Services; Pete Hegseth; Kristi Noem; John Ratcliffe; Tulsi Gabbard; Lee M. Zeldin; Elise Stefanik; Robert F. Kennedy, Jr.; Doug Burgum; Doug Collins; Chris Wright; James Blair; Taylor Budowich; Stephen Miller; Dan Scavino; Thomas Homan; Bill McGinley; Steven Cheung; Karoline Leavitt; Will Scharf; Sergio Gor; Vivek Ramaswamy; Brendan Thomas Carr; Howard Lutnick; Linda S. McMahon; Sean Duffy; Dean John Sayer; Todd Blanche; Steven Witkoff; Michael Huckabee; Marjorie Taylor Greene; Wink News; Mosaic Fertilizer; Pfizer Pharmaceutical Industry Company; United Nations; Mark Zuckerberg; Canadian National Railway Company; CSX Transportation, Inc.; BlackRock Inc.; Byron Donalds, US Congressman; William Henry Gates, III; Alvin Bragg, Attorney; Letitia James, AG; Baltimore City Council; Archdiocese of Indianapolis; New York Department of Environmental Protection, NYDEP; Paul Diamond, Judge; Department of Government Efficiency, DOGE; Archdiocese of San Francisco; Washington State Department of Ecology; Washington City Council; Governor of Alabama; Governor of Alaska; Governor of Arizona; Governor of Arkansas; Governor of California; Governor of Colorado; Governor of Connecticut; Governor of Delaware; Governor of Florida; Governor of Georgiadef; Governor of Hawaii; Governor of Idaho; Governor of Illinois; Governor of Indiana; Governor of Iowa; Governor of Kansas; Governor of Kentucky; Governor of Louisiana; Governor of Maine; Governor of Mississippi; Governor of Missouri; Governor of Montana; Governor of Nebraska; Governor of Nevada; Governor of New Hampshire; Governor of New Jersey; Governor of New Mexico; Governor of New York; Governor of North Carolina; Governor of North Dakota; Governor of Ohio; Governor of Oklahoma; Governor of Oregon; Governor of Pennsylvania; Governor of Rhode Island; Governor of South Carolina; Governor of South Dakota; Governor of Tennessee; Governor of Texas; Governor of Utah; Governor of Vermont; Governor of Virginia; Governor of Washington; Governor of West Virginia; Governor of Wisconsin; Governor of Wyoming; United States Pentagon

Defendants - Appellees

---

Appeal from U.S. District Court for the District of Minnesota
(0:25-cv-00536-DWF)

---

# JUDGMENT

Appellant has not responded to the court's order entered March 31, 2025. It is hereby ordered that this appeal is dismissed for failure to prosecute. See Eighth Circuit Rule 3C.

Mandate shall issue forthwith.

April 28, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Susan E. Bindler